

ORIGINAL

FILED

02/18/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0598

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0598

---

CITY OF KALISPELL,

    Plaintiff and Appellee,

v.

STEVEN VANDEHEY,

    Defendant and Appellant

O R D E R

---

Counsel for the Appellant Steven Vandehey filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Vandehey was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude there are no arguments with potential legal merit that could be raised on direct appeal in Vandehey's case.

IT IS THEREFORE ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Vandehey personally.

DATED this 18 day of February, 2025.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices